# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LUIS ALBERTO CORADO POLANCO, | Case No. CV 23-01652 WLH (RAO) |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| W. Z. JENKINS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: July 6, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE