JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO CORADO POLANCO, | Case No. CV 23-01652 WLH (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W. Z. JENKINS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: July 6, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE